**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REGINALD REAVES, ) | |
|        Petitioner, ) | |
| ) | Civil Action No. 3:09-cv-294-SJM-SPB |
| v. ) | |
| ) | |
| KENNETH CAMERON, et al., ) | |
|        Respondents. ) | |

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on November 17, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [6], filed on December 16, 2009, recommends that the instant petition for writ of habeas corpus be transferred to the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at SCI Cresson, where he is incarcerated. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

       AND NOW, this 5th day of February, 2010;

       IT IS ORDERED that the instant petition for writ of habeas corpus be transferred, forthwith, to the United States District Court for the Eastern District of Pennsylvania. The Report and Recommendation of Magistrate Judge Baxter, filed on December 16, 2009 [6] is adopted as the opinion of the Court.

                                      s/ Sean J. McLaughlin
                                      SEAN J. McLAUGHLIN
                                      United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge